AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:44 am, Dec 21, 2020

MACIE YOUMANS,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV419-278
CR418-032

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 16th day of December 2020, the Report and Recommendation is ADOPTED as the opinion of the Court. Petitioner's motion to vacate, set aside, or correct his sentence is DENIED. A Certificate of Appealability is DENIED, and Petitioner is not entitled to appeal in forma pauperis. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 18, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020